



**FILED** LM
10/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA |  | **1:25-cr-00670** |
|  |  | **Judge Sunil R. Harjani** |
| v. | No. | **Magistrate Judge Jeffrey T. Gilbert** |
|  |  | **RANDOM/Cat. 4** |
| JEROME NALBANDIAN |  | Violation: Title 21, United States Code, Section 841(a)(1) |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about April 12, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JEROME NALBANDIAN,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY